IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| B.R. BROOKFIELD COMMONS NO. 1 LLC, ) | Case No. 11-29334 |
| B.R. BROOKFIELD COMMONS NO. 2 LLC ) | Substantively Consolidated |
| ) | Chief Judge Pamela Pepper |
| Debtors/Debtors-in-Possession. ) | |

## NOTICE OF APPEAL

Notice is hereby given that B.R. BROOKFIELD COMMONS NO. 1 LLC, and B.R. BROOKFIELD COMMONS NO. 2 LLC ("Debtors") appeal to the District Court under 28 U.S.C. § 158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure from Orders of United States Bankruptcy Court, for the Eastern District of Wisconsin, the Hon. James Shapiro and the Hon. Pamela Pepper, judges presiding, as follows: (1) Docket No. 182: Order entered November 21, 2012 denying the Claim Objection filed by the Debtors to the Claims of Integrity Development; and (2) Docket No. 197: Order entered January 24, 2013 denying the Motion to Alter Judgment filed by the Debtors.

The names of all parties to the Orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

DEBTORS-APPELLANTS

    B.R. BROOKFIELD COMMONS NO. 1 LLC and
    B.R. BROOKFIELD COMMONS NO. 2 LLC
    c/o Jeffrey C. Dan, Esq. (Illinois Atty. No. 06242750)
    David K. Welch, Esq. (Illinois Atty. No. 06183621)
    Arthur G. Simon, Esq. (Illinois Atty. No. 03124481)
    CRANE, HEYMAN, SIMON, WELCH & CLAR
    135 South LaSalle Street, Suite 3705
    Chicago, Illinois 60603
    (312) 641-6777

1

CREDITOR-APPELLEE
    Valstone Asset Management, LLC, in its capacity as Attorney in Fact for
    TS7-E Grantor Trust
    c/o Anne Marie Uetz
    FOLEY & LARDNER LLP
    500 Woodward Avenue, Suite 2700
    Detroit, MI 48226
    (313) 234-7114

            Respectfully submitted,
            B.R. BROOKFIELD COMMONS NO.1 LLC, and
            B.R. BROOKFIELD COMMONS NO. 2 LLC,
            Debtors/Debtors-in-Possession/Appellants

            By: /s/Jeffrey C. Dan
                One of their Attorneys

**DEBTORS-APPELLANTS' COUNSEL**:
Jeffrey C. Dan. Esq. (Atty. No. 06242750)
David K. Welch, Esq. (Atty. No. 06183621)
Arthur G. Simon, Esq. (Atty. No. 03124481)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
TEL: (312) 641-6777
FAX: (312) 641-7114
W:\Jeff\Brookfield Commons 2\Notice of Appeal.not.wpd

2