# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

March 20, 2013

Arthur G Simon
Crane Heyman Simon Welch & Clar
135 S LaSalle St - Ste 3705
Chicago, IL 60603

David K Welch
Dannen Crane Heyman & Simon
135 S LaSalle St - Ste 1540
Chicago, IL 60603-4297

Ann Marie Uetz
Foley & Lardner LLP
500 Woodward Ave - Ste 2700
Detroit, MI 48226-3489

Re: **BR Brookfield Commons No 1 LLC, et al v. Valstone Asset ManagementLLC in its capacity as Attorney in Fact for TS7-E Grantor Trust**
**Case No. 13-C-310**

Dear Counsel:

The Notice of Appeal in the above captioned matter was filed in this Court on 3/19/2013 and has been assigned to the Honorable J.P. Stadtmueller.

The time limits set forth in Bankruptcy Rule 8009 will apply beginning with the date of this letter. You will receive no further notice from this office regarding the time limits for the filing of briefs.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

S/ Mandy Chasteen
Deputy Clerk